U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.40
02 1W
0001401603 MAY. 22. 2015

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-80,867-01

TONY ALLEN WILBURN

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS OF TEXAS

